UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHANNON CHITTARO,

        Plaintiff,

vs.                                    Case No. 2:07-cv-24-FtM-29DNF

COUGAR CUTTING, INC., RONALD SCHMITT,

        Defendants.
_____

**OPINION AND ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #36), filed August 14, 2007, recommending that the parties' Joint Notice of Filing and Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. #35) be granted and the settlement be approved as a fair and reasonable resolution of the FLSA issues. No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. §

636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994)(Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and finds that the settlement is fair and reasonable.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #36) is hereby **adopted** and specifically incorporated herein.

2. The parties' Joint Notice of Filing and Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. #35) is **GRANTED.** The settlement is approved and the Court finds that the settlement is fair and reasonable.

3. The Clerk shall enter judgment dismissing the case with prejudice, pursuant to the parties' settlement agreement, terminate all deadlines and remaining motions as moot, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __10th__ day of September, 2007.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties

DCCD